IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 07-35 |
| | ) [UNDER SEAL] |
| LYNN KLING | ) |

ORDER

AND NOW, to wit, this 29TH day of JANUARY, 2007, upon consideration of the Motion to Seal Information heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Information and all related paperwork filed in the above-captioned case, together with this Motion and Order to Seal, are hereby sealed until further Order of Court.

_____
UNITED STATES DISTRICT JUDGE

cc: U.S. Attorney