IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Criminal No. 07-35 (**SEALED**) |
| | ) |
| LYNN KLING, | ) |
| Defendant. | ) |

<u>ORDER</u>

AND NOW, this 1st day of March, 2007, upon consideration of defendant's motion for pre-plea pre-sentence investigation report and to postpone waiver and plea [document #7], IT IS HEREBY ORDERED that the motion is GRANTED and that by April 16, 2007, the United States Probation Office is directed to prepare and forward to respective counsel, a copy of a pre-sentence report, limited to a determination of the appropriate total offense level for the above-named defendant in the instant case.

IT IS FURTHER ORDERED that the hearing on defendant's waiver of indictment and plea will now be held before the undersigned on Friday, May 18, 2007 at 2 p.m. in Courtroom #3A, 3rd floor, U.S. Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B), the period of time from the date of this order to May 18, 2007 shall be deemed excusable delay under the Speedy Trail Act as the Court concludes that the ends of justice

served by granting the extension of time outweigh the interests of the public and defendant in a speedy trial.

BY THE COURT:

<u>s/Gary L. Lancaster</u> ,J.
The Honorable Gary L. Lancaster,
United States District Judge


cc:   Margaret E. Picking,
      Assistant United States Attorney

      Martin A. Dietz, Esquire
      36th floor, Grant Building
      Pittsburgh, PA 15219

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation