IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 07-35 |
| | ) | |
| LYNN KLING | ) | |

<u>O R D E R</u>

AND NOW, to wit, this  18th  day of May, 2007, upon consideration of the Motion to Unseal Information, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Information and all related paperwork filed in this case are hereby UNSEALED.

_____
UNITED STATES DISTRICT JUDGE

cc:  United States Attorney